# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CALVIN KNIGHT,**

    **Plaintiff,**

v.                                                            Case No. 8:20-cv-698-TPB-AAS

**NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, CAPITAL BRANDS DISTRIBUTION, LLC, TARGET CORPORATION d/b/a TARGET STORE TI299,**

    **Defendants.**
_____/

## **ORDER**

    Defendants Nutribullet, LLC, Capital Brands, LLC, Capital Brands Distribution, LLC, and Target Corporation and Plaintiff Calvin Knight jointly move for leave to file under seal exhibits accompanying Defendants' Motion for Summary Judgment (Doc. 47), Defendants' Daubert Motion (Doc. 48), and Plaintiff's Daubert Motion (Doc. 46). (Doc. 49).

    Local Rule 1.11(c)(6),[1] M.D. Fla., provides motions for leave to file under seal "must include a legal memorandum supporting the seal" if no statute, rule, or order authorizes a filing under seal. The parties cite no statute, rule, or order

---

[1] On February 1, 2021, revisions to the Middle District of Florida's Local Rules took effect. See Local Rules, https://www.flmd.uscourts.gov/local-rules.

granting authorization to file the exhibits under seal, and the parties provide no legal memorandum supporting the seal. Thus, the parties' motion to file confidential exhibit under seal (Doc. 49) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida on September 27, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge