UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CALVIN KNIGHT,**

    **Plaintiff,**

v.                                                              Case No. 8:20-cv-698-TPB-AAS

**NUTRIBULLET, LLC, CAPITAL
BRANDS, LLC, CAPITAL
BRANDS DISTRIBUTION, LLC,
TARGET CORPORATION d/b/a
TARGET STORE TI299,**

    **Defendants.**
_____/

## **ORDER**

      Defendants Nutribullet, LLC, Capital Brands, LLC, Capital Brands Distribution, LLC, and Target Corporation and Plaintiff Calvin Knight jointly move for leave to file under seal exhibits accompanying Defendants' Motion for Summary Judgment (Doc. 47), Defendants' Daubert Motion (Doc. 48), and Plaintiff's Daubert Motion (Doc. 46). (Doc. 51). The court previously denied the parties' joint motion to seal for failing to include a memorandum of law as required by Local Rule 1.11(c)(6),[1] M.D. Fla.

      The parties' present motion demonstrates a good-faith belief that the

---

[1] On February 1, 2021, revisions to the Middle District of Florida's Local Rules took effect. See Local Rules, https://www.flmd.uscourts.gov/local-rules.

1

exhibits fall within the scope of a protective order entered by this court on November 24, 2020, satisfying the requirements of Local Rule 1.11(b). (Doc. 17, 18). Thus, the parties' motion to for leave to file under seal (Doc. 51) is **GRANTED**.

**ORDERED** in Tampa, Florida on October 7, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge